IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FELICIA BUECHLE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HERITAGE BANK,<br><br>　　　　　　　Defendant. | Case No. 8:20-cv-353<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Filing No. 44). This Court, being fully advised in the premises, finds that the Joint Stipulation for Dismissal with Prejudice is true and correct in all respects and should be granted.

　　IT IS THEREFORE ORDERED, ADJUDICATED AND DECREED that the Joint Stipulation for Dismissal with Prejudice is granted and the case and claims included in Plaintiff's Complaint and Jury Demand and Defendant's Counterclaims are dismissed with prejudice, with all parties to pay their own attorney fees and costs in this action.

　　Dated this 23rd day of September, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge